**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**FILE No. 5:18-cv-317-FL**

| | |
|---|---|
| CLAIRE M. MURPHY, by and through MICHELE MULLEN, Attorney-in-Fact, on behalf of themselves and all others similarly situated | |
| *Plaintiffs*, | |
| v. | **ORDER GRANTING** |
| SABER HEALTHCARE GROUP, LLC, SABER HEALTHCARE HOLDINGS, LLC, FRANKLIN OPERATIONS, LLC d/b/a Franklin Manor Assisted Living Center, SMITHFIELD EAST HEALTH HOLDINGS, LLC d/b/a Gabriel Manor Assisted Living Center, and QUEEN CITY AL HOLDINGS, LLC, d/b/a The Crossings at Steele Creek | **MOTION TO SUBSTITUTE** |
| *Defendants*. | |

This matter is before the Court on Plaintiff's Motion to Substitute Parties [D.E. 23], pursuant to Rule 25(a). The Court having reviewed the Motion and supporting Memorandum finds that there is good cause to substitute Michele Mullen, Executrix of the Estate of Claire Murphy, as Plaintiff, due to the death of Claire M. Murphy and the motion should be granted.

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Substitute Parties is GRANTED.

It is further ORDERED that Defendants shall have twenty-one (21) days from the entry of this order to answer or otherwise respond to the complaint.

**SO ORDERED,** this  24th day of July, 2018.

_____
The Honorable Louise Flanagan
United States District Judge